*The [illegible handwritten text across top margin] copies of this petition and to the indigency of petitioner, resto of this court's records of petitioner the [illegible]*

**FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241**

**04-40171**

IN THE UNITED STATES DISTRICT COURT

FOR THE _Massachusetts, Boston Division_

___[illegible]___
Petitioner

Reg. No. _____
F.M.C. Devens, P.O. Box 879
Ayer, Ma. 01432
(Full name under which you were convicted; Prison Number; Full Mailing Address).

_18 U.S.C. 1201 as may be applied relating Hereto against Gov. Employees. For kidnaping Petitioner By Judicial Process as And Relating Hereto._

VS.

_David L. Winn - Warden_
Respondent(s)
_Federal Medical Center Devens
Post Office Box 880
Ayer, Massachusetts 01432_
(Name of Warden or other authorized person having custody of Petitioner).

CIVIL ACTION NO. _____

_Appoint Counsel Hereto, And Conduct Incourt Evidentiary Hearings. Subpoena criminal attorneys of Petitioners Federal Court cases._

**PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.**

1. This petition concerns: (check appropriate blank)

   ✓ A conviction
   ✓ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
   ___ Jail or prison conditions
   ___ Prison discipline issue
   ___ A parole problem
   ___ Other. State briefly: _____

2. Place of detention: _N-2 - Federal Medical Center Devens, 42 Patton Road, Post Office Box 879, Ayer - Massachusetts, 01432_

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

___YES___ Yes          _____ No

3. If your answer is "yes," give the following information: 28 U.S.C. 2255 in U.S.D.C. in Texas)

a. Name of the Court: U.S.D.Ct, Massachusetts, Boston Division

b. Nature of proceeding: Two Petitions For Writ of Habeas Corpus

c. Grounds raised: N/A - See Court Records

d. Result: N/A - See Court Records

e. Date of result: N/A - See Court Records

f. Citation or number of any written opinion or order entered pursuant to each such disposition: N/A - See Court Records

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

5. Does counsel presently represent you? _____ Yes  NO  No

If so, Name address and phone number of counsel: _____

6. Name and location of court, which imposed sentence: _____

2

7. Indictment or case number, if known: _N/A – See Court Records_

8. Offense or Offenses for which sentence was imposed: _N/A – See Court Records_

9. Date upon which sentence was imposed and the term of the sentence: _N/A – See Court Records_

10. When was a finding of guilt made? (Check one)

    __✓__ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

    _____ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes _No_ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one)

_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: Each Ground Prior Presented To The Federal Courts Relating To Petitioners Criminal Case (Federal Case)

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not conclusions, in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

The Complete Federal Court and other Records, To Include all institutional Records, Relating To Petitioner, as does or may apply to the aforesaid grounds, to exclude all appeal records etc..

b. Ground Two: Right Of And To Appeals Violated in that as appeals of Court Records

Supporting Facts: The district court allowed petitioner to proceed in forma pauperis on appeal as to the Habeas corpus petition and denied leave to proceed in forma pauperis as to the other petition for writ of habeas corpus. And the Courts Denied Motion For appointment of counsel for the appeal and Petitioner could not Pro Se write and file a brief.

Ground Three: All Grounds Joseph Marion Head junior 17549-056, filed in cases That His could be applied to petitioner's cases.

Supporting Facts: See all prison and court records and etc. records, relating to Heads state and federal court cases and apply same to petitioners court cases if same applies and if same can be applied to the petitioners court and etc. relating thereto.

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _____

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:
_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Maximum Authorized Relief To Include Compensation and Judicial Protection against Acts, etc, that violates, violated fundamental rights and Human Rights Protected By The Laws and Constitutions and the American Convention on Human Rights.

Signed on this the 23 day of Aug., 2004.

_____
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

**Executed on:** 8-23-, 2004.

_____
Signature of petitioner