UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Alfredo Sato-Avitia</u>,

        Plaintiff,

      v.                          Civil Action No. 04-40171-JLT

<u>David L. Winn, Warden</u>,

        Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 9/17/2004                                                            s/ Joseph L. Tauro
DATE                                                            UNITED STATES DISTRICT JUDGE