UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALFREDO SATO-AVITIA,
          Petitioner,

v.                              Civil Action No. 04-40171-JLT

DAVID L. WINN, WARDEN,
          Respondent.

## ORDER OF DISMISSAL

TAURO, D.J.

    In accordance with this Court's order dated September 17, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                                By the Court,

                                                s/ Linn A. Weissman
                                                Deputy Clerk

Date September 17, 2004

(noticeofdismissal.wpd - 12/98)                                                                            [odism.]